No. 507: CALIFORNIA DEPARTMENT OF HUMAN RE-
SOURCES DEVELOPMENT ET AL. v. JAVA ET AL. Appeal
from D. C. N. D. Cal. [Probable jurisdiction noted,
*ante*, p. 877.] Motion of Southern California Edison Co.
et al. for leave to participate in oral argument as *amici
curiae* denied. Motion of State of Tennessee for leave
to join in the *amicus curiae* brief of State of New Hamp-
shire granted. Motion of State of Illinois for leave to
join in the *amicus curiae* brief of State of Maryland
granted.

No. 853. IN RE DISBARMENT OF WOLDEN. It having
been reported to this Court that Russell L. Wolden, of
San Francisco, State of California, has been disbarred
from the practice of law in all of the courts of the State
of California, and this Court by order of October 12,
1970 [*ante*, p. 809], having suspended the said Russell L.
Wolden from the practice of law in this Court and di-
rected that a rule issue requiring him to show cause
why he should not be disbarred;

And it appearing that the said rule was duly issued
and served upon the respondent and that the time within
which to file a return to the rule has expired;

It Is Ordered that the said Russell L. Wolden be, and
he is hereby, disbarred from the practice of law in this
Court and that his name be stricken from the roll of
attorneys admitted to practice before the Bar of this
Court.

No. 6028. SHIVERS v. WAINWRIGHT, CORRECTIONS
DIRECTOR. Motion for leave to file petition for writ of
habeas corpus denied.

No. 6008. YOUNG v. UNITED STATES. Motion for
leave to file petition for writ of mandamus denied. MR.
JUSTICE BLACK and MR. JUSTICE WHITE are of the opin-
ion that the motion should be granted.